UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1   BRENDA BYWATER,

    Defendant.
_____/

Case: 2:09-cr-20606
Judge: Roberts, Victoria A
MJ: Majzoub, Mona K
Filed: 12-16-2009 At 12:21 PM
INFO: USA V. BRENDA BYWATER (KB)

VIOLATION:
Falsification of Union Financial Records
29 U.S.C. § 439(c)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
**(29 U.S.C. § 439(c) - Falsification of Union Financial Records)**

D-1   BRENDA BYWATER

1. At all times material to this Information, American Federation of State, County and Municipal Employees (AFSCME) Local 100, was a labor organization in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2. That on or about May 3, 2007, in the Eastern District of Michigan, BRENDA BYWATER, Defendant herein, while an officer, that is, Treasurer of AFSCME, Local 100,

did willfully make and cause to be made, a false entry in a record required to be maintained by Section 436 of Title 29, United States Code, that is, Local 100 check stub #1491 and Local 100 check #1491, both dated May 3, 2007, purportedly for lost time wages in the amount of Five Hundred Two and 02/100 Dollars ($502.02).

All in violation of Title 29, United States Code, Section 439(c).

                Respectfully submitted,

                TERRENCE BERG
                United States Attorney

                _____
                JAMES M. WOUCZYNA (P22562)
                Assistant United States Attorney
                211 W. Fort St., Ste. 2001
                Detroit, MI 48226
                (313) 226-9642
                E-Mail:  Jim.Wouczyna@usdoj.gov

DATED: December 15, 2009

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Reassignment/Recusal Information** This matter was opened in the USAO prior to August 15, 2008   [Yes]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| Yes     ■ No | AUSA's Initials: _Jmw_ |

Case Title: USA v.  D-1 BRENDA BYWATER

County where offense occurred :  Oakland

Check One:         ■ Felony         ☐ Misdemeanor

_√_  Information — no prior complaint.
____ Indictment based upon prior complaint [Case number:   )
____ Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

Case:2:09-cr-20606
Judge: Roberts, Victoria A
MJ: Majzoub, Mona K
Filed: 12-16-2009 At 12:21 PM
INFO: USA V. BRENDA BYWATER (KB)

**Superseding Case Information**

Superseding to Case No: _____   Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 15, 2009
Date

*[signature]*
JAMES M. WOUCZYNA (P22562)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone: (313) 226-9642
E-Mail: Jim.Wouczyna@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09